In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00265-CV

_____


IN RE FELIX RAMIREZ


Original Proceeding
County Court at Law No. 3 of Montgomery County, Texas
Trial Cause No. 18-06-07154


MEMORANDUM OPINION

By petition for a writ of mandamus, relator Felix Ramirez contends the Honorable Jerry Winfree abused his discretion by ruling that Ramirez's objection to Judge Winfree's assignment in the underlying case was untimely. *See generally In re Canales*, 52 S.W.3d 698, 701 (Tex. 2001) (orig. proceeding); *see also* Tex. Gov't Code Ann. § 74.053 (West 2013). Relator has not provided a record that demonstrates that he is entitled to the relief sought. Accordingly, we deny the petition for a writ of mandamus without prejudice.

PETITION DENIED.

PER CURIAM

Submitted on August 29, 2018
Opinion Delivered August 30, 2018

Before McKeithen, C.J., Kreger and Johnson, JJ.